**FILED**

11/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-19

SUSAN JOHNSON, DAVE JOHNSON,
KATHY RICH, SUSAN HINKINS,
RICHARD GILLETTE, LINDA
FULLER, LARRY JENT, JULIE JENT,
RICHARD J. CHARRON, KRISTIN
CHARRON,

        Plaintiffs and Appellee,

   v.

ALPHA SIGMA PHI (MONTANA )
STATE UNIVERSITY CHAPTER), and
CITY OF BOZEMAN,

        Defendants and Appellants.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

     MICHAEL SAN SOUCI , the mediator previously appointed in this matter, is retired. Accordingly, Mr. San Souci's order of mediator appointment is hereby rescinded and

     IT IS ORDERED THAT, **ANNA WILLIAMS,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this 30th day of November, 2023.

Bowen Greenwood, Clerk of the Supreme Court

 c: Elizabeth Worth Lund
Brian Gallik
James Goetz
Henry Tsar
Alpha Sigma Phi (Montana Chapter)